UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:10-CR-34 |
| v. | ) | |
| | ) | Collier/Carter |
| LEVAR WILLIAMS | ) | |

## **O R D E R**

Defendant Levar Williams ("Defendant") moved to suppress evidence from intercepted wire communications (Court File No. 330). This motion was referred to United States Magistrate Judge William B. Mitchell Carter, who subsequently filed a report & recommendation ("R&R"), recommending Defendant's motion be denied (Court File No. 357). Defendant filed an objection (Court File No. 362), and the government responded (Court File No. 372). For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 357), and **DENIES** Defendant's motion to suppress (Court File No. 330).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**